## UNITED FARM EQUIPMENT & METAL WORKERS LOCAL UNION NO. 236 et al.

### v.

## INTERNATIONAL HARVESTER CO.

Court of Appeals of Kentucky.

June 11, 1954.

556

. Robert W. Zollinger, Louisville, Sydney Berger, Evansville, Ind., for appellants.

Wm. H. Abell, Ogden, Galphin & Abell, Louisville, for appellee.

PER CURIAM.

The judgments are of fines of $1,000 and $5,000, respectively, for criminal contempt of court for violating a labor strike injunction. KRS 21.060 denies the right of appeal of judgments in civil cases punishing for contempts except, as construed, to have determined whether the punishment was illegally imposed or is excessive. See Commonwealth v. French, 130 Ky. 744, 114 S.W. 255; French v. Com., 30 Ky.Law Rep. 98, 97 S.W. 427; Adams v. Gardner, 176 Ky. 252, 195 S.W. 412. Neither of the judgments here may be so regarded.

The motions for appeals are, therefore, overruled and the judgments stand affirmed.